TRINETTE G. KENT (State Bar No. 025180)
11811 North Tatum Blvd., Suite 3031
Phoenix, Arizona 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
tkent@lemberglaw.com

*Of Counsel to*
Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Benjamin Terrones

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| Benjamin Terrones, | Case No.: 3:13-cv-08081-DGC |
|---|---|
| Plaintiff, | **PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| Commercial Recovery Systems, Inc.; and DOES 1-10, inclusive, | |
| Defendants. | |

Plaintiff, Benjamin Terrones, by and through undersigned counsel, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

1 | Dated: August 7, 2013

Respectfully submitted,

By: /s/*Trinette G. Kent*
Trinette G. Kent, Esq.

*Of Counsel To:*

LEMBERG & ASSOCIATES L.L.C.
Attorneys for Plaintiff

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2013, a true and correct copy of the foregoing Plaintiff's Notice of Dismissal with Prejudice was filed electronically with the U.S. District Court for the District of Arizona and is available on ECF.

By /s/ *Olga Voytovych*
Paralegal to Trinette G. Kent